Nov 7, 2022

Dear Clerk of the court

I'm writting in hopes that someone there will let me know the status of my case. I filled a long time ago it's

Aaron Bert Fodge
V.
ISAAC MD

I have never hered from noone over this matter I would like to know the status of it please

Aaron Bert Fodge

Aaron Bert Fodge #20264
IMSI-G-18-A
P-O-Box-51
Boise, ID
83707

Inmate Name: Aaron D. Fudge
Inmate Number/Housing Unit: G-18-A
IDAHO DEPARTMENT OF CORRECTIONS
Institution: ISCI
Address: 14 1/2 51
City: Boise   State: ID   Zip: 83707
INMATE CORRESPONDENCE

BOISE ID 837
15 NOV 2022 PM 2 L

U.S. MARSHALS
District of Idaho
NOV 17 2022
EXAMINED

LEGAL MAIL

89724-

U.S. Marshals James A. McClure Federal Building
and United States Courthouse
550 W. Fort St, #777
Boise, ID 83724

